```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
```

BRADLEY ROSENFELD,               :
                                         Civil Action No. 07-2907 (RMB)
          Petitioner,            :

     v.                          :   **ORDER**

CHARLES E. SAMUELS, JR.,         :

          Respondent.            :   **CLOSED**


   For the reasons set forth in the Opinion filed herewith,

IT IS on this **26th** day of **March** 2008,

   **ORDERED** that the Petition is **DENIED**; and it is further

   **ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

                                   s/Renée Marie Bumb
                                   Renée Marie Bumb
                                   United States District Judge